UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

FILED
2016 MAR 15 A 11: 50

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CASE NO. 3:16-CR-41 |
| v. | ) JUDGES Varlan/Shirley |
| | ) |
| WILLIAM M. CHAMP | ) Filed Under Seal |

# INDICTMENT

## COUNT ONE

The Grand Jury charges that, on or about April 16, 2015, in the Eastern District of Tennessee, the defendant, WILLIAM M. CHAMP, did threaten to assault and murder Dr. Elizabeth Bishop and other employees of the United States Department of Veterans Affairs (VA), known and unknown to the Grand Jury, with intent to impede, intimidate, and interfere with such employees while they were engaged in the performance of their official duties, in violation of Title 18, United States Code, Section 115(a)(1)(B).

## COUNT TWO

The Grand Jury further charges that, on or about December 10, 2015, in the Eastern District of Tennessee and elsewhere, the defendant, WILLIAM M. CHAMP, knowingly and with intent to extort a prescription for hydrocodone from Dr. Elizabeth Bishop, an employee of the United States Department of Veterans Affairs (VA), did transmit in interstate commerce a communication by telephone to operators of a VA Crisis Hotline, and the communication contained a threat to injure and kill Dr. Elizabeth Bishop, all in violation of Title 18, United States Code, Section 875(b).

## COUNT THREE

The Grand Jury further charges that, on or about December 10, 2015, in the Eastern District of Tennessee and elsewhere, the defendant, WILLIAM M. CHAMP, knowingly and willfully did transmit in interstate commerce, a communication by telephone to operators of a VA Crisis Hotline, and the communication contained a threat to injure and kill Dr. Elizabeth Bishop, an employee of the United States Department of Veterans Affairs, all in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL:

**SIGNATURE REDACTED**

FOREPERSON

APPROVED:

NANCY STALLARD HARR
ACTING UNITED STATES ATTORNEY

By: *Bart Slabbekorn*
BART SLABBEKORN
ASSISTANT UNITED STATES ATTORNEY

2